# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2092

_____

MARENDA L. BYRD,

Appellant,

v.

LEON COUNTY SCHOOL BOARD,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

August 27, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marenda L. Byrd, pro se, Appellant.

Ben A. Andrews and Stephanie L. Clark, Pennington, P.A., Tallahassee, for Appellee.